STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant JUSTIN DOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-CR-293 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JUSTIN DOBBS, | |
| Defendant. | |

**I.	STIPULATION**

The parties in this case agree and jointly request the Court to move the status conference scheduled in the above captioned case from August 2, 2017 to September 13, 2017 at 2:30 p.m. The reason for this request is that defense counsel requires additional time to review discovery and to discuss it with the defendant, who resides out of state. In addition, the defendant's wife is currently hospitalized.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §

3161(h)(7)(B)(iv).  The parties also agree that the end of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED:	July 28, 2017	_____/s/_____
		AMIE ROONEY
		Assistant United States Attorney

DATED:	July 28, 2017	_____/s/_____
		GALIA AMRAM
		Attorney for Defendant Justin Dobbs

## [PR~~OPO~~SED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from August 2, 2017 to September 13, 2017 at 2:30 p.m.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:___7/31/17_____	_____
	THE HON.
	United Sta...
	Judge Edward M. Chen

IT IS SO ORDERED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*UNITED STATES V. DOBBS, 17CR293*
STIP. AND [PROPOSED] ORDER TO CONTINUE     3