STEVEN G. KALAR
Federal Public Defender
KORY DECLARK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Kory_DeClark@fd.org

Counsel for Defendant DOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-CR-293 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| JUSTIN DOBBS, | |
| Defendant. | |

Sentencing in the above captioned case is currently scheduled for March 28, 2018 at 2:30pm. Defense counsel has been working diligently to collect materials necessary for sentencing, but needs additional time.

//

//

//

//

*UNITED STATES V. DOBBS*, 17CR293
STIP. AND [PROPOSED] ORDER TO CONTINUE          1

Accordingly, the parties jointly request that the Court continue sentencing to May 30, 2018 at 2:30pm.

It is so stipulated.

DATED: February 16, 2018   _____/s/_____
AMIE ROONEY
Assistant United States Attorney

DATED: February 16, 2018   _____/s/_____
KORY DECLARK
Attorney for Defendant Justin Dobbs

IT IS SO ORDERED.

DATED: 3/2/2018   _____
EDWARD CHEN

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA