STEVEN G. KALAR
Federal Public Defender
KORY DECLARK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Kory_DeClark@fd.org

Counsel for Defendant DOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-CR-293 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| JUSTIN DOBBS, | |
| Defendant. | |

Sentencing in the above captioned case is currently scheduled for May 30, 2018 at 2:30pm. Defense counsel has been working diligently to collect materials necessary for sentencing, but, due to events outside any party's control, additional time is necessary.

//

//

//

//

//

//

*UNITED STATES V. DOBBS*, 17CR293
STIP. AND [PROPOSED] ORDER TO CONTINUE      1

1     Accordingly, the parties jointly request that the Court continue sentencing to September
2 12, 2018 at 2:30pm. Defense counsel has confirmed that this date is convenient for the Probation
3 Officer assigned to the case.
4     It is so stipulated.

5 DATED:     April 11, 2018                       _____/s/_____
6                                                        AMIE ROONEY
                                                       Assistant United States Attorney

9 DATED:     April 11, 2018                         _____/s/_____
                                                       KORY DECLARK
                                                       Attorney for Defendant Justin Dobbs

12     IT IS SO ORDERED.

14         April 11, 2018
   DATED:_____                        _____
                                                       EDWARD CHEN
                                                       United States District Judge